# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160658
160660(173)(174)

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
      Plaintiffs-Appellants,

v

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
      Defendants-Appellees.

SC: 160658
COA: 334663

_____

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
      Plaintiffs-Appellees,

v

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
      Defendants-Appellants.

SC: 160660
COA: 334663

_____/

On order of the Chief Justice, the motions of defendants-appellants in No. 160660 to extend the time for filing their brief on appeal and for immediate consideration are GRANTED. The brief will be accepted as timely filed if submitted on or before September 9, 2020. The filing of plaintiffs-appellants' brief on appeal in No. 160658 is also extended to September 9, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2020



Clerk